UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   25-10282 |
| Oladimeji J Oliha | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Daniel R. Fine |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

The Debtor's plan is modified post-confirmation to amend section 2.4 to provide for the additional payment as an addition to the plan base and to add the following language, In addition to making the regular plan payments required under section 2.1, Debtor shall submit the net non-exempt proceeds of Debtor's wage claim listed on Schedule B, Line 33 to the Trustee.  Said proceeds are in addition to the plan base.

Enter:

Honorable Daniel R. Fine
United States Bankruptcy Judge

Dated:  May 21, 2026

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600